No. 724. El Pueblo, Demandante y Apelado, *v.* Rosario, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por delito contra la salud pú-

blica. Resuelto en diciembre 11, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.